Name: Kenneth James Maxwell (JR)
Address: 7817 S. Figueroa Street
Apt 5, Los Angeles, CA 90003
Phone: (313) 680-8389
Fax: _____

In Pro Per

FILED
2022 JAN -4 AM 11: 55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

PAID
JAN - 4 2022
Clerk, US District Court
COURT 4612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Kenneth James Maxwell, JR
                    Plaintiff

        v.

California's
Attorney General
"Rob Bonta"
                    Defendant(s).

CASE NUMBER:

2:22-CV-00044-MWF-PVCx

I "Kenneth James Maxwell, JR," Has Exhausted all legal-remedies. And, Has turned to the Courts. After, Being Civilly Dead And Civil Imprisonment... my Father passed away (On January 10th 2005) After, (17 years) later, Theres still No Record of Him being Deceased. I was "The Sole Beneficiary of His Life Insurance policy, During His Demise I was Incarcerated. Somehow; all my Father's Death's Documents are In my Prison Files..., Nov 05, 1998 Prison # P17885..California The Federal Bureau of Investigation "FBI". Under The U.S.A. Patriot Act 2001; October — Homeland Security The Federal Government; Has Deleted my Father's Life Insurance policy... And, my California (17 years) prison Term Also; Been Deleted By The Federal Government...

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

"complaint"

1  I "Kenneth James Maxwell JR," Has Exhausted, All
2  legal-remedies..And Has Turned to the Court's In Good Faith.
3  "Prayer For Relief," Plaintiff respectfully Pray that
4  Defendant Be Ordered, To Submit, A Certified copy
5  of the Transcript of The Record, Including Evidence
6  upon which the Findings And Decision complained
7  of are Based. "Kenneth James Maxwell, Junior;
8  life Insurance Policy And; Kenneth James Maxwell, JR.
9  California; Prison (C-File).... Upon Such Records;
10 This Court Should Modify The Decision of The
11 Defendant To Grant Maximum Life Insurance Benefits
12 To The Plaintiff, Retroactive To The Date of The
13 Initial Death, OR In The Alternative, Remand) To
14 The Insurance Commissioner For Reconsideration of
15 The Evidence; For Such Further Relief As May Be
16 Just And Proper Under The Circumstances of
17 This Case....
18
19 Date: January 4, 2022    By: Kenneth James Maxwell, JR.
20                              Kenneth James Maxwell, JR.
21
22
23
24
25
26
27
28

CV-127 (09-09)  **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**



# LOS ANGELES COUNTY
# REGISTRAR-RECORDER/COUNTY CLERK

# DISTRICT OFFICE OPEN BY APPOINTMENT ONLY

*Scan the QR code to make an appointment*



Can't scan the QR Code?
Visit **LAVote.net** for
more information.



EXHIBIT (1)

```
                  IN THE MUNICIPAL COURT OF CRIM JUSTICE CTR (LAC) JUDICIAL
DISTRICT,
                     COUNTY OF LOS ANGELES, STATE OF CALIFORNIA
NO. BA170041                                            PAGE NO.   1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.         CURRENT DATE 12/21/21
DEFENDANT 01: KENNETH JAMES MAXWELL
LAW ENFORCEMENT AGENCY EFFECTING ARREST: LAPD - 77TH STREET AREA

BAIL: APPEARANCE  AMOUNT    DATE     RECEIPT OR  SURETY COMPANY    REGISTER
        DATE      OF BAIL   POSTED   BOND NO.                      NUMBER

CASE FILED ON 06/18/98.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 06/05/98 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
    COUNT 01: 211 PC FEL
NEXT SCHEDULED EVENT:
  ARREST WARRANT TO ISSUE

06/18/98 ARREST WARRANT IN THE AMOUNT OF $85,000.00 BY ORDER OF JUDGE RICHARD
    G. BERRY ISSUED. (06/18/98).




ON 09/24/98 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DIV  030

CASE CALLED FOR ARRAIGNMENT
PARTIES: DALE S. FISCHER (JUDGE)  SAMMIE BENSON  (CLERK)
              DEBRA KANO   (REP)     MARY C. GANAHL   (DDA)
DEFENDANT DEMANDS COUNSEL.
COURT REFERS DEFENDANT TO THE PUBLIC DEFENDER.
PUBLIC DEFENDER DECLARES CONFLICT OF INTEREST.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY LEE E. ROSEN ALTERNATE PUBLIC
    DEFENDER
DEFENDANT STATES HIS/HER TRUE NAME AS CHARGED.
A COPY OF THE COMPLAINT AND THE ARREST REPORT GIVEN TO DEFENDANTS COUNSEL.
DEFENDANT'S FINANCIAL STATEMENT FILED.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
   CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 211 PC.
   PRELIM. TIME ESTIMATE: 1 HR.

BAIL SET AT $85,000.
NEXT SCHEDULED EVENT:
10/06/98   900 AM  PRELIMINARY HEARING   DIST CRIM JUSTICE CTR (LAC) DIV  032

09/24/98 ARREST WARRANT IN THE AMOUNT OF $85,000.00   RECALLED. (09/24/98).

CUSTODY STATUS: REMANDED TO CUSTODY


ON 10/06/98 AT  900 AM  IN CRIM JUSTICE CTR (LAC) DIV  032

CASE CALLED FOR PRELIMINARY HEARING
PARTIES: RICHARD G. BERRY (JUDGE)  LORRAINE TOWNSEND  (CLERK)
              BERGUNDY DAY  (REP)     DAN O'CONNELL  (DA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY GARY WIGODSKY ALTERNATE
   PUBLIC DEFENDER
 ON PEOPLE'S MOTION, COURT ORDERS COMPLAINT AMENDED BY INTERLINEATION TO ADD
   VIOLATION 211 PC FEL  AS COUNT 02.
DEFENDANT ADVISED OF AND PERSONALLY AND EXPLICITLY WAIVES THE FOLLOWING RIGHTS:
JURY TRIAL OR COURT TRIAL AND PRELIMINARY HEARING
```

EXHIBIT (2)

```
CASE NO. BA170041                                   PAGE NO.   2
DEF NO.  01                                         DATE PRINTED 12/21/21
```

     CONFRONTATION AND CROSS-EXAMINATION OF WITNESSES;
     SUBPOENA OF WITNESSES INTO COURT TO TESTIFY IN YOUR DEFENSE;
     AGAINST SELF-INCRIMINATION;
DEFENDANT ADVISED OF THE FOLLOWING:
  THE NATURE OF THE CHARGES AGAINST HIM, THE ELEMENTS OF THE OFFENSE IN THE
    COMPLAINT, AND POSSIBLE DEFENSES TO SUCH CHARGES;
  THE POSSIBLE CONSEQUENCES OF A PLEA OF GUILTY OR NOLO CONTENDERE, INCLUDING
    THE MAXIMUM PENALTY AND ADMINISTRATIVE SANCTIONS AND THE POSSIBLE LEGAL
    EFFECTS AND MAXIMUM PENALTIES INCIDENT TO SUBSEQUENT CONVICTIONS FOR THE
    SAME OR SIMILAR OFFENSES;
  THE EFFECTS OF PROBATION;
  IF YOU ARE NOT A CITIZEN, YOU ARE HEREBY ADVISED THAT A CONVICTION OF THE
    OFFENSE FOR WHICH YOU HAVE BEEN CHARGED MAY HAVE THE CONSEQUENCES OF
    DEPORTATION, EXCLUSION FROM ADMISSION TO THE UNITED STATES, OR DENIAL OF
    NATURALIZATION PURSUANT TO THE LAWS OF THE UNITED STATES.
COUNSEL FOR THE DEFENDANT JOINS IN THE WAIVERS AND CONCURS IN THE PLEA.
COURT FINDS THAT EACH SUCH WAIVER IS KNOWINGLY, UNDERSTANDINGLY, AND EXPLICITLY
  MADE;

DEFENDANT PLEADS GUILTY TO COUNT 02, 211 PC.
COUNT (02) : DISPOSITION: CONVICTED
COURT FINDS THAT THERE IS A FACTUAL BASIS FOR DEFENDANT'S PLEA, AND COURT
  ACCEPTS PLEA.
NEXT SCHEDULED EVENT:
  SENTENCING
  DEFENDANT WAIVES ARRAIGNMENT FOR JUDGMENT AND STATES THERE IS NO LEGAL CAUSE
  WHY SENTENCE SHOULD NOT BE PRONOUNCED. THE COURT ORDERED THE FOLLOWING
  JUDGMENT:
AS TO COUNT  (02):
COURT ORDERS PROBATION DENIED.
  SERVE 12 YEARS IN ANY STATE PRISON
  COURT SELECTS THE LOW TERM OF 2 YEARS AS TO COUNT 02.
  PLUS 10 YEARS PURSUANT TO SECTION 12022.53(B)PC
   DEFENDANT GIVEN TOTAL CREDIT FOR 39 DAYS IN CUSTODY 26 DAYS ACTUAL CUSTODY
    AND 13 DAYS GOOD TIME/WORK TIME
  IN ADDITION:
  -THE DEFENDANT IS TO PAY A RESTITUTION FINE PURSUANT TO SECTION
    1202.4(B) PENAL CODE IN THE AMOUNT OF $200.00.
  -COURT ADVISES DEFENDANT OF HIS APPEAL/PAROLE RIGHTS.
  THE DEFENDANT WAIVES PREPARATION OF THE PRE-SENTENCE PROBATION.

  REPORT.
  DEFENDANT ADMITS TO PRIOR CONVICTION.
  POST SENTENCING REPORT ORDERED FOR 10-20-98.
  PROBATION REFERRAL AND MINUTE ORDER FORWARDED TO PROBAION
  DEPARTMENT.
  DEFENDANT COMMITTED FORTHWITH. TEMPORARY COMMITTMENT ISSUED.
  FINGER PRINT CARD FILED.
COUNT (02): DISPOSITION: CONVICTED
REMAINING COUNTS DISMISSED:
   COUNT  (01): DISMISSED DUE TO PLEA NEGOTIATION
DMV ABSTRACT NOT REQUIRED
NEXT SCHEDULED EVENT:
  PROCEEDINGS TERMINATED


ON 10/07/98 AT 1000 AM :

  WITNESS FEES IN THE AMOUNT OF $36.00 ORDERED PAID TO

*EXHIBIT (3)*

```
CASE NO. BA170041                                    PAGE NO.   3
DEF NO.  01                                          DATE PRINTED 12/21/21
```

FERMIN MALDONADO AND JUANA MOLINA BY JUDGE RICHARD BERRY.


ON 12/05/14 AT  830 AM :

   ALL PARTIES NOTIFIED OF THE NOTICE OF INTENT TO DISPOSE OF
   EXHIBITS THIS DATE.
   **** UPDATED BY V. LIEN, EXHIBIT CUSTODIAN, CJC ****


ON 09/02/15 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT CLK

CASE CALLED FOR EXHIBIT DISPOSAL LIST
PARTIES: NONE (JUDGE)  NONE  (CLERK)
              NONE      (REP) NONE  (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

   EXHIBITS ARE DISPOSED OF PURSUANT TO THE ORDER DATE 11-03-14,
   REFER TO DISPOSAL LIST #15-XCN-010.
   ENTRY MADE BY DIANE SANTOS, EXHIBITS CUSTODIAN, CJC.
NEXT SCHEDULED EVENT:
EXHIBITS DESTROYED


ON 02/10/16 AT  300 PM :

   PETITION FOR DISMISSAL PURSUANT TO PENAL CODE SECTION
   1203.4/1203.4A AND REQUEST TO WAIVE COURT FEES FILED.
   .
   ORDER TO GRANT COURT FEE WAIVER FILED AND GRANTED.
   .
   ***TCIS ENTRY MADE BY T. REED***


ON 02/10/16 AT  430 PM :

   PETITION TO SEAL AND DESTROY ARREST RECORDS PURSUANT TO PENAL
   CODE SECTION 851.8 FILED.
   .
   ***TCIS ENTRY MADE BY D. WILLIAMS***


ON 02/22/16 AT  300 PM :

   MATTER CALENDARED FOR HEARING IN DEPARTMENT 123
   ON 03-15-2016 AT 08:30 A.M.
   .
   NOTICE OF HEARING MAILED TO ALL PARTIES.
   .
   ***TCIS ENTRY MADE BY T. REED***
NEXT SCHEDULED EVENT:
  03/15/16   830 AM  MOTN/DISM PURSNT PC SEC 1203.4   DIST CRIM JUSTICE CTR
    (LAC) DEPT 523

                           EXHIBIT (4)

```
CASE NO. BA170041                                    PAGE NO.    4
DEF NO.  01                                          DATE PRINTED 12/21/21
```

ON 02/22/16 AT  430 PM :

   NOTICE OF HEARING AND PETITION TO SEAL AND DESTROY ARREST
   RECORDS PURSUANT TO  PENAL CODE 851.8 PREPARED AND FILED.

   TWO COPIES OF NOTICE OF HEARING MAILED TO PETITIONER THIS DATE.

   MATTER CALENDARED FOR HEARING ON MARCH 15, 2016.
   AT 09:00 A.M. IN DEPARTMENT 123.

   ***TCIS ENTRY MADE BY D. WILLIAMS***
NEXT SCHEDULED EVENT:
   03/15/16   900 AM   MOTION    DIST CRIM JUSTICE CTR (LAC) DEPT 523


ON 03/15/16 AT  830 AM  IN CRIM JUSTICE CTR (LAC) DEPT 523


CASE CALLED FOR MOTN/DISM PURSNT PC SEC 1203.4
PARTIES: SCOTT M. GORDON (JUDGE)   ALBERTA P. JORDAN  (CLERK)
           DIANA VAN DYKE        (REP)  JEFF KELLY   (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY KENT K WAKUTA ALTERNATE
   PUBLIC DEFENDER
   ENTRY BY S. KADOHATA 03-23-2016

   PETITION UNDER 17B AND 1203.4 PENAL CODE IS DENIED; DEFENDANT
   SERVED PRISON TIME IN THIS MATTER.

   NO COST OF SERVICE FEES ARE IMPOSED.
   ORDER FOR DISMISSAL; AND ORDER REGARDING COST OF SERVICE
   ARE SIGNED AND FILED THIS DATE.

   CLERK'S OFFICE TO GIVE NOTICE.
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED


ON 03/15/16 AT  900 AM  IN CRIM JUSTICE CTR (LAC) DEPT 523


CASE CALLED FOR MOTION
PARTIES: SCOTT M. GORDON (JUDGE)   ALBERTA P. JORDAN  (CLERK)
           DIANA VAN DYKE        (REP)  JEFF KELLY   (DDA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY KENT K WAKUTA ALTERNATE
   PUBLIC DEFENDER
   PETITION TO SEAL AND DESTROY ADULT ARREST RECORD
   PER 871.8 PENAL CODE IS DENIED.

   CLERK'S OFFICE TO GIVE NOTICE.
NEXT SCHEDULED EVENT:
PROCEEDINGS TERMINATED



12/21/21


I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.


*EXHIBIT (5)*

```
CASE NO. BA170041                                    PAGE NO.   5
DEF NO.  01                                          DATE PRINTED 12/21/21
```

SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA

BY *alexander f*  , DEPUTY

EXHIBIT (6)

```
                    SUPERIOR COURT OF CALIFORNIA
                       COUNTY OF LOS ANGELES
NO. 4IG03561                                    PAGE NO.   1
THE PEOPLE OF THE STATE OF CALIFORNIA    VS.    CURRENT DATE 12/21/21
DEFENDANT 01:  KENNETH  MAXWELL
LAW ENFORCEMENT AGENCY EFFECTING ARREST: HAWTHORNE POLICE DEPARTMENT

BAIL: APPEARANCE  AMOUNT    DATE      RECEIPT OR   SURETY COMPANY    REGISTER
      DATE        OF BAIL   POSTED    BOND NO.                       NUMBER

CASE FILED ON 08/04/14.
 COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING
COMMITTED, ON OR ABOUT 07/31/14 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING
OFFENSE(S) OF:
   COUNT 01: 242 PC MISD
   COUNT 02: 242 PC MISD
   COUNT 03: 243(B) PC MISD
   CUSTODY S.A.M. 08/04/14
NEXT SCHEDULED EVENT:
  08/04/14   900 AM   ARRAIGNMENT   DIST INGLEWOOD COURTHOUSE DEPT 007



ON 08/04/14 AT  900 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR ARRAIGNMENT
PARTIES: STEVEN L. BERMAN (JUDGE)   IRVIN LACKEY   (CLERK)
              JOANN FERRARO   (REP)     THEODORE H. LAMB  (CA)
PUBLIC DEFENDER APPOINTED.   HAARIS M. SYED - P.D.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
  DEFENDER
THE DEFENDANT IS ADVISED OF FINANCIAL RESPONSIBILITY.
DEFENDANT WAIVES ARRAIGNMENT, READING OF COMPLAINT, AND STATEMENT OF
  CONSTITUTIONAL AND STATUTORY RIGHTS.
DEFENDANT WAIVES FURTHER ARRAIGNMENT.
DEFENDANT PLEADS NOT GUILTY TO COUNT 01, 242 PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 02, 242 PC.
DEFENDANT PLEADS NOT GUILTY TO COUNT 03, 243(B) PC.
   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
   MATTER TRAILED TO AUGUST 06, 2014 AT 8:30 A.M. IN DEPARTMENT
   7 FOR PRETRIAL HEARING.

   .
   DEFENDANT REMANDED.
   .
BAIL SET AT $30,000.
NEXT SCHEDULED EVENT:
 08/06/14   830 AM   PRETRIAL HEARING   DIST INGLEWOOD COURTHOUSE DEPT 007

CUSTODY STATUS: REMANDED TO CUSTODY


ON 08/06/14 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR PRETRIAL HEARING
PARTIES: STEVEN L. BERMAN (JUDGE)   IRVIN LACKEY   (CLERK)
              JOANN FERRARO         (REP) THEODORE H. LAMB  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
  DEFENDER
BAIL SET AT $30,000
   COURT AND COUNSEL CONFER REGARDING CASE STATUS.   DEFENDANT
```

EXHIBIT (2)

```
CASE NO. 4IG03561                                    PAGE NO.   2
DEF NO. 01                                           DATE PRINTED 12/21/21
```

   ADDRESSES THE COURT.

   THE COURT DECLARES A DOUBT AS TO THE MENTAL COMPETENCE OF THE
   DEFENDANT. DEFENDANT'S COUNSEL JOINS. CRIMINAL PROCEEDINGS ARE
   ADJOURNED. DEFENDANT IS CERTIFIED TO DEPARTMENT 95 PURSUANT TO
   PENAL CODE SECTION 1368 FOR EXAMINATION RE: MENTAL COMPETENCY.
   THE DEFENDANT IS TO RETURN TO THIS COURT ON SEPTEMBER 11, 2014
   AT 8:30 A.M., IF NOT COMMITTED BY DEPARTMENT 95. THE SHERIFF IS
   TO HOLD THE DEFENDANT IN CUSTODY PENDING HEARING IN DEPARTMENT
   95.  BAIL ON RETURN IS SET AT $30,000.00.

NEXT SCHEDULED EVENT:
  09/11/14   830 AM   FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007

CUSTODY STATUS: REMANDED TO CUSTODY


ON 09/11/14 AT  830 AM   IN INGLEWOOD COURTHOUSE DEPT 007


CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: COMM. WILLIAM MCTAGGART (JUDGE)  IRVIN LACKEY  (CLERK)
              JOANN FERRARO        (REP)  DEBORAH A. WEINRAUCH  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY HAARIS M. SYED DEPUTY
  PUBLIC DEFENDER
DEFENDANT APPEARING BY COUNSEL PURSUANT TO PENAL CODE SECTION 977 ET SEQ, BY
  HAARIS M. SYED DEPUTY PUBLIC DEFENDER
  COURT AND COUNSEL CONFER REGARDING MINUTE ORDER FROM DEPARTMENT
  95 FINDING THE DEFENDANT MENTALLY INCOMPETENT WITHIN THE MEANING
  OF SECTION 1370.01 OF THE PANEL CODE AND SETTING THE MATTER FOR
  PROGRESS REPORT ON SEPTEMBER 19, 2014 IN DEPARTMENT 95.

   CRIMINAL PROCEEDINGS REMAIN SUSPENDED.

NEXT SCHEDULED EVENT:
  10/01/14   830 AM   FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007


ON 10/01/14 AT  830 AM   IN INGLEWOOD COURTHOUSE DEPT 007


CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: COMM. WILLIAM MCTAGGART (JUDGE)  IRVIN LACKEY  (CLERK)
              JOANN FERRARO        (REP)  DEBORAH A. WEINRAUCH  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY HAARIS M. SYED DEPUTY
  PUBLIC DEFENDER APPEARING BY ANGELO TARALLO
  COURT AND COUNSEL CONFER REGARDING FURTHER PROCEEDING IN
  DEPT 95.

   MATTER CONTINUED TO OCTOBER 20, 2014 AT 8:30 A.M. IN DEPARTMENT
   7 FOR FURTHER PROCEEDINGS.

   CRIMINAL PROCEEDINGS REMAIN ADJOURNED.

   COURT ORDERS AND FINDINGS:
   -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.

EXHIBIT (8)

```
CASE NO. 4IG03561                           PAGE NO.   3
DEF NO.  01                                 DATE PRINTED 12/21/21

NEXT SCHEDULED EVENT:
  10/20/14   830 AM  FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007


ON 10/20/14 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: CMR JOHN L. MASON (JUDGE)  IRVIN LACKEY   (CLERK)
              JOANN FERRARO        (REP) THEODORE H. LAMB  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY HAARIS M. SYED DEPUTY PUBLIC
  DEFENDER
  COURT AND COUNSEL FURTHER CONFER REGARDING PROCEEDING PENDING
  IN DEPAT 95.
  .
  MATTER CONTINUED TO NOVEMBER 17, 2014 AT 8:30 A.M. IN
  DEPARTMENT 7 FOR FURTHER PROCEEDING.
  .

  CRIMINAL PROCEEDINGS REMAIN ADJOURNED.
  .
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
NEXT SCHEDULED EVENT:
  11/17/14   830 AM  FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007


ON 11/17/14 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: CMR JOHN L. MASON (JUDGE)  IRVIN LACKEY   (CLERK)
              JOANN FERRARO        (REP) THEODORE H. LAMB  (CA)
DEFENDANT IS  NOT PRESENT IN COURT, BUT REPRESENTED BY HAARIS M. SYED DEPUTY
  PUBLIC DEFENDER APPEARING BY JOE GALANO
  COURT AND COUNSEL CONFER REGARDING PROCEEDINGS PENDING IN
  DEPARTMENT 95.
  .
  MATTER CONTINUED TO DECEMBER 19, 2014 AT 8:30 A.M. IN
  DEPARTMENT 7 FOR FURTHER PROCEEDINGS.
  .

  CRIMINAL PROCEEDINGS REMAIN ADJOURNED.
  .
NEXT SCHEDULED EVENT:
  12/19/14   830 AM  FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007


ON 12/19/14 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: CMR JOHN L. MASON (JUDGE)  IRVIN LACKEY   (CLERK)
              JOANN FERRARO        (REP) DEBORAH A. WEINRAUCH  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ANGELO TARALLO DEPUTY PUBLIC
  DEFENDER
  COURT AND COUNSEL CONFER REGARDING DEFENDANT HAVING BEEN FOUND
  MENTALLY INCOMPETENT AND FURTHER PROCEEDINGS IN DEPARTMENT 95
  UNDER CASE NUMBE ZM024317.
```

EXHIBIT (9)

```
CASE NO. 4IG03561                                    PAGE NO.   4
DEF NO. 01                                           DATE PRINTED 12/21/21
```

  MATTER CONTINUED TO MARCH 19, 2015 AT 8:30 A.M. IN DEPARTMENT
  7 FOR STATUS OF PROCEEDINGS IN DEPARTMENT 95.

  CRIMINAL PROCEEDINGS REMAIN ADJOURNED.

NEXT SCHEDULED EVENT:
  03/19/15   830 AM   FURTHER PROCEEDINGS   DIST INGLEWOOD COURTHOUSE DEPT 007


ON 03/13/15 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR FURTHER PROCEEDINGS
PARTIES: COMM. BARBARA J. MCDANIEL (JUDGE)  ERIKA BROWN  (CLERK)
              STEFANIE A. ZUMBO        (REP) DEBORAH A. WEINRAUCH  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALISA R. BLAIR DEPUTY PUBLIC
  DEFENDER

STIPULATED THAT A TEMPORARY JUDGE MAY HEAR THE CASE
  THE DEFENDANT IS ON RETURN FROM DEPARTMENT 95.  ON 3/12/15, THE
  DEFENDANT WAS FOUND TO BE MENTALLY COMPETENT.

  CRIMINAL PROCEEDINGS ARE RE-INSTATED THIS DATE.

  THE MATTER IS SET FOR PRETRIAL HEARING ON 4/24/15 AT 8:30 A.M.,
  IN DEPARTMENT 007, AS DAY 0 OF 30.

  THE HEARING PREVIOUSLY SET FOR 3/19/15 IS ADVANCED TO THIS DATE
  AND VACATED.

  AN ORDER FOR RELEASE IS ISSUED THIS DATE (#AW059867).
  BOOKING #4048290
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:
  04/24/15   830 AM  PRETRIAL HEARING   DIST INGLEWOOD COURTHOUSE DEPT 007
DAY 00 OF 30


CUSTODY STATUS: RELEASED ON OWN RECOGNIZANCE


ON 04/24/15 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR PRETRIAL HEARING
PARTIES: COMM. BARBARA J. MCDANIEL (JUDGE)  ERIKA BROWN  (CLERK)
              ANGELIA PARRISH          (REP) DEBORAH A. WEINRAUCH  (CA)
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY ALISA R. BLAIR DEPUTY PUBLIC
  DEFENDER
  MATTER CONTINUED FOR PRETRIAL HEARING ON OCTOBER 26,2015 AT
  8:30AM IN DEPARTMENT 007.

  TCIS ENTRY BY DBYERS
  COURT ORDERS AND FINDINGS:
  -THE COURT ORDERS THE DEFENDANT TO APPEAR ON THE NEXT COURT DATE.
WAIVES STATUTORY TIME.
NEXT SCHEDULED EVENT:

EXHIBIT (10)

```
CASE NO. 4IG03561                                    PAGE NO.    5
DEF NO.  01                                          DATE PRINTED 12/21/21
```

10/26/15   830 AM   PRETRIAL HEARING   DIST INGLEWOOD COURTHOUSE DEPT 007
DAY 00 OF 30

CUSTODY STATUS: DEFENDANT REMAINS ON OWN RECOGNIZANCE

ON 10/26/15 AT  830 AM   IN INGLEWOOD COURTHOUSE DEPT 007

CASE CALLED FOR PRETRIAL HEARING
PARTIES: COMM. BARBARA J. MCDANIEL (JUDGE)   ERIKA BROWN  (CLERK)
              CELIA BERNAL  (REP)     THEODORE H. LAMB   (CA)
STIPULATED THAT COMM. BARBARA J. MCDANIEL (JUDGE) MAY HEAR THE CAUSE AS
   TEMPORARY JUDGE.
DEFENDANT IS PRESENT IN COURT, AND REPRESENTED BY JENNIFER VALDEZ DEPUTY PUBLIC
   DEFENDER
COUNT (01) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (02) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC
COUNT (03) : DISPOSITION: DISMISSAL IN FURTH OF JUSTICE PER 1385 PC

   THE MATTER IS CALLED FOR HEARING.  THE DEFENDANT REQUESTS A
   MARSDEN MOTION.

   CLOSED SESSION:

   THE DEFENSE MARSEN MOTION IS HEARD AND DENIED.

   THE COURT ORDERS THE TRANSCRIPTS OF THE MARSDEN MOTION SEALED.

   OPEN SESSION:

   THE PEOPLE'S MOTION TO DISMISS IS GRANTED.  THE CASE IS ORDERED
   DISMISSED, PURSUANT TO PENAL CODE SECTION 1385.

NEXT SCHEDULED EVENT:
   PROCEEDINGS TERMINATED

CUSTODY-STATUS: DEFENDANT RELEASED

10/30/15   ARREST DISPOSITION REPORT SENT VIA FILE TRANSFER TO DEPARTMENT OF
           JUSTICE

ON 03/31/18 AT  530 AM :

CASE FILE DESTROYED.


12/21/21

I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC DOCKET
ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.
SHERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA
BY _alexander_____, DEPUTY

EXHIBIT (11)