Name: Kenneth James Maxwell JR
Address: 2817 S. Figueroa Street
APT #5, LA, CA 90003
Phone: 1-323-680-8389 (C#)
Fax: _____

In Pro Per "PLAINTIFF"

FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Kenneth James Maxwell JR
  Plaintiff
v.
MR. Rob Bonta
CA Attorney General
  Defendant(s).

CASE NUMBER: 2:22-CV-44-MWF-PVC

REQUEST A DEFAULT Judgement By Court... Notice of Default AND APPLICATION FOR ENTRY OF DEFAULT JUDGEMENT By Court

I "Kenneth James Maxwell, JR" has exhausted all legal-remedies. And; has turned to the Courts. After Being "Civilly Sued And civil Imprisonment; And Consider A Whistle-Blower by The Federal Government.... Due to: The U.S. PATRIOT ACT of 2001, And; COVID-19; PANDEMIC, I "Kenneth J. Maxwell JR" has turned to the Courts in Good Faith After Being Deprived of "Request For Appointment of An Attorney" set forth in Local Rule 11... THE CLERK'S OFFICE - Violated The Bill of Rights By Violating Form And Manner Set forth in Local Rule 11.

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Forms for your use are-
1. Local Rule 11 (states): Available in the Clerk's office
2. These forms must also accompany (the) complaint.
3. Local Rule 11 (states) A request in any
4. other form will not be accepted....
5. Your request must also state the reasons
6. why you want the court to appoint an
7. attorney for you...
8. California Code of Civil Procedure (CCP) §412
9. .20(A)(3). You must request a default
10. Judgement by the court, rather than a
11. default Judgement by the clerk, if a
12. Judge needs to rule on any issue raised
13. in your complaint....
14. Default Judgements by the clerk are
15. available under limited circumstances,
16. such as in a breach of contract case,
17. where the monetary amount desired
18. is specified in the complaint....
19. Money demanded in complaint $1 Billion
20. Dollars.
21. Rules 12 of the Federal Rules of Civil Procedure.
22. If you fail to respond, Judgement by Default
23. will be entered against you for the relief
24. demanded in the complaint.
25. You also must file your answer or motion
26. with the court....

Kenneth J. Maxwell Jr.
03-17-2022

Two
Page Number

CV-127 (09/09)    PLEADING PAGE FOR A SUBSEQUENT DOCUMENT



FROM:
Kenneth James Maxwell Jr.
819 S. Figueroa Street Apt #15
Los Angeles, California 90013
Re: Full Faith and Credit
Case Number: 2:22-cv-44-MWF-PVC

TO:
Honorable District Judge
Mr. Michael W. Fitzgerald
First Street Courthouse 5F
350 West First Street (Western)
Los Angeles, CA