UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-44 MWF (PVCx)**                                    Date:  September 21, 2022

Title        **Kenneth James Maxwell, Jr. v. Rob Bonta**

Present:  The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

On September 14, 2022, the Court filed an Order to Show Cause ("OSC") requiring Plaintiff Kenneth James Maxwell, Jr. to show cause why this action should not be dismissed for lack of prosecution.  (Docket No. 16).  The OSC specifically directed Plaintiff to cure deficiencies with the Proofs of Service (Docket Nos. 10 and 11) previously filed by Plaintiff, and further identified that the Proofs of Service did not satisfy the requirements of Federal Rules of Civil Procedure, Rule 4.  Finally, the OSC again advised Plaintiff of the availability of the Court's Pro Se Clinic.

On September 19, 2022, Plaintiff filed a Response to the OSC and a Proof of Service.  (Docket Nos. 19 and 20).  Neither document cures the deficiencies in Plaintiff's previously filed Proofs of Service, nor do the documents satisfy the requirements of Federal Rules of Civil Procedure, Rule 4.

The Court again **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 7, 2022**.

- ■ BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendant Rob Bonta that complies with the requirements of Federal Rules of Civil Procedure, Rule 4.  Plaintiff should review FRCP Rule 4(c)(2), and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **CV 22-44 MWF (PVCx)**  Date:  September 21, 2022

Title  **Kenneth James Maxwell, Jr. v. Rob Bonta**

the California Attorney General's website regarding service of Summons/Complaints.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause **no later than October 7, 2022**.  **This will be the final Order to Show Cause filed by the Court.  An inadequate or deficient response will result in dismissal of this action.**

Plaintiff is reminded to review the Self-Representation Order filed on January 11, 2022.  (Docket No. 9).

The Court may not provide advice to any party, including persons who are not represented by a lawyer.  (Such persons are known as "pro se litigants.")  However, this District does have a "Pro Se Clinic" that can provide information and assistance about many aspects of civil litigation in this Court.  Public Counsel's Federal Pro Se Clinic provides free legal assistance to people representing themselves in the United States District Court for the Central District of California.  The Pro Se Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, California 90012.

The Los Angeles Clinic operates by appointment only.  You may schedule an appointment either by calling the Clinic or by using an internet portal.  You can call the clinic at (213) 385-2977, ext. 270, or you can submit an internet request at the following site: http://prose.cacd.uscourts.gov/los-angeles.

Clinic staff can respond to many questions with a telephonic appointment or through your email account.  It may be more convenient to email your questions or

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 22-44 MWF (PVCx)**                                             Date:  September 21, 2022

Title         **Kenneth James Maxwell, Jr. v. Rob Bonta**

schedule a telephonic appointment.  Staff can also schedule you for an in-person appointment at their location in the Roybal Federal Building and Courthouse.

     The Court has information of importance to pro se litigants at the "People Without Lawyers" link, http://prose.cacd.uscourts.gov/.

     The Clerk's Office has created the Electronic Document Submission System (EDSS) which will allow pro se litigants to submit documents for filing through an online portal, in lieu of submission by U.S. mail or in-person at Civil Intake.  EDSS is a document delivery system; documents submitted through EDSS are **not** automatically uploaded on CM/ECF.  Pro se litigants may submit documents in PDF format for review and filing by the Clerk's Office.  For more information and to access EDSS, go to https://apps.cacd.uscourts.gov/edss.

     IT IS SO ORDERED.

Initials of Preparer:  RS/sjm